150 So.2d 766

**William J. LONG et al.**

**v.**

**CITY OF NEW ORLEANS et al.**

No. 46619.

March 21, 1963.

In re: William J. Long et al. applying for writs of certiorari, mandamus and prohibition.

The application is denied. The trial Judges' ruling that there is no showing that the Commissioner's order authorizing the demolition of the subject property abused the discretion vested in it by the Constitution is correct.

SUMMERS, J., is of the opinion the writ should be granted.